IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          CRIMINAL NO. 24-1149

EMANUEL ANTIGUA-EVANGELISTA

Defendant.

## INFORMATIVE MOTION REGARDING BAIL

TO THE HONORALBE COURT:

Emanuel Antigua-Evangelista, represented by the Federal Public Defender for the District of Puerto Rico, respectfully states as follows:

His Bail Hearing has been scheduled for tomorrow, December 20, 2024, at 10:00am. Mr. Antigua filed a Waiver of Preliminary Hearing.  DE-9.

Mr. Antigua met with undersigned counsel on December 12, 2024 and discussed the upcoming hearing. Mr. Antigua will not be seeking conditions of release at this time but reserves the right to move to reopen bail in the future.

WHEREFORE, it is respectfully requested this Honorable Court note the above-stated information in light of the hearing that has been scheduled for tomorrow, December 20, 2024.

I CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 19th day of December 2024.

**Rachel Brill**
Federal Public Defender

**_S / MaríaCarolina Gómez-González_**
MaríaCarolina Gómez-González
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 474-6394/ Fax (787) 281-4899