# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 24-468(FAB) |
| EMANUEL ANTIGUA-EVANGELISTA,<br>Defendant | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

RECEIVED & FILED
CLERK'S OFFICE
DEC 19 2024
US DISTRICT COURT
SAN JUAN, PR

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Section 1326(a))

On or about December 7, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**EMANUEL ANTIGUA-EVANGELISTA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, attempted to enter and entered the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: December 19, 2024